# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>HUNTINGTON OAKS DELAWARE PARTNERS, LLC,<br><br>　　　　　Defendant. | Case No. 2:13-cv-842-ODW(MANx)<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

　　　　The parties' Joint Rule 26(f) Report indicates that the matter has settled and the parties have "fully executed an agreement." (ECF No. 16, at 3.) The Court is confused why the parties filed this Rule 26(f) Report instead of a notice of settlement.

　　　　Accordingly, the Court hereby **ORDERS** the parties **TO SHOW CAUSE** why settlement has not been finalized and sets a hearing on the matter for August 12, 2013, at 1:30 p.m. All other dates, including the July 29, 2013 Scheduling Conference, are vacated and taken off calendar. This order to show cause will be vacated upon the filing of a stipulation to dismiss and a proposed order of dismissal.

　　　　**IT IS SO ORDERED.**

　　　　July 23, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**OTIS D. WRIGHT, II**
　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**