1
2
3
4
5
6
# UNITED STATES DISTRICT COURT
7
## CENTRAL DISTRICT OF CALIFORNIA
8

9 MARTIN VOGEL,                          Case No. 2:13-cv-842-ODW(MANx)

10                     Plaintiff,        **ORDER TO SHOW CAUSE RE SETTLEMENT**
             v.
11
   HUNTINGTON OAKS
12 DELAWARE PARTNERS, LLC,

13                     Defendant.

14

15       The parties' Joint Rule 26(f) Report indicates that the matter has settled and the

16 parties have "fully executed an agreement."  (ECF No. 16, at 3.)  The Court is

17 confused why the parties filed this Rule 26(f) Report instead of a notice of settlement.

18       Accordingly, the Court hereby **ORDERS** the parties **TO SHOW CAUSE** why

19 settlement has not been finalized and sets a hearing on the matter for August 12, 2013,

20 at 1:30 p.m.  All other dates, including the July 29, 2013 Scheduling Conference, are

21 vacated and taken off calendar.  This order to show cause will be vacated upon the

22 filing of a stipulation to dismiss and a proposed order of dismissal.

23       **IT IS SO ORDERED.**

24       July 23, 2013

25
26                                   _____
27                                        **OTIS D. WRIGHT, II**
                                      **UNITED STATES DISTRICT JUDGE**
28