O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN VOGEL,<br><br>             Plaintiff,<br>   v.<br>HUNTINGTON OAKS DELAWARE PARTNERS, LLC,<br><br>             Defendant. | Case No. 2:13-cv-00842-ODW(MANx)<br><br>**ORDER DENYING JOINT STIPULATION TO EXTEND TIME TO FILE DISPOSITIONAL DOCUMENTS [20]** |

On July 23, 2013, the Court issued an Order to Show Cause re. Settlement, thus requiring the parties to respond by August 12, 2013, with a stipulation and proposed dismissal order. (ECF No. 17.) The next day, the Court continued the hearing date to September 23, 2013. (ECF No. 19.) On September 17, 2013, the parties filed a stipulation extending time to file dispositional documents. (ECF No. 20.) The parties now seek to move the date for filing dispositional documents to October 3, 2013, and the hearing date to October 7, 2013.

The Court finds that the parties have not demonstrated good cause to continue the Order to Show Cause hearing. They indicate that they are waiting for Defendant to pay the final settlement installment payment. The parties have already reached a settlement. The case does not need to remain open for the Court to supervise the settlement payment, as that issue is related—but collateral to—the underlying merits of the case that invoked this Court's jurisdiction.

The Court therefore **DENIES** the Joint Stipulation. The parties shall file a stipulation and proposed dismissal order by **Monday, September 23, 2013**, as currently calendared.

**IT IS SO ORDERED.**

September 17, 2013

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**

2